United States Bankruptcy Court

Northern District of Indiana

| | |
|---|---|
| In re: | Case No. 25-40043-reg |
| William Jesse Alcocer | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0755-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 28, 2025 | Form ID: 309I | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Jesse Alcocer, 9875 N. 100 West, Wheatfield, IN 46392-8433 |
| 15988570 | | CAT Card, PO Box 33039, Nashville, TN 37203 |
| 15988572 | + | Clean Energy Credit Un, Po Box 4233, Englewood, CO 80155-4233 |
| 15988574 | | Indiana Department of Revenue, Bankruptcy Section - MS 108, Indiana Government Center, Indianapolis, IN 46204 |
| 15988576 | + | Lorena D Arnold, Blitt & Gaines PC, 775 Corporate Woods Parkway, 37C01-2502-CC-000140, Vernon Hills, IL 60061-3112 |
| 15988578 | + | Podlaski Attorneys, 110 East Berry St, Fort Wayne, IN 46802-2401 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bankruptcy@wshlegal.com | Mar 01 2025 01:51:00 | Christopher R. Schmidgall, Six W. 73rd Avenue, Merrillville, IN 46410 |
| tr | ^ | MEBN | Mar 01 2025 01:09:04 | Tracy L. Updike, Office of the Chapter 13 Trustee, PO Box 11550, South Bend, IN 46634-0550 |
| smg | | Email/Text: INDWDBankruptcy@dwd.IN.gov | Mar 01 2025 01:51:00 | Indiana Employment Security Division, 10 North Senate Street, Indianapolis, IN 46204 |
| ust | | Email/Text: ustpregion10.so.ecf@usdoj.gov | Mar 01 2025 01:52:00 | Nancy J. Gargula, 100 East Wayne Street, 5th Floor, South Bend, IN 46601-2349 |
| 15988569 | + | Email/PDF: bncnotices@becket-lee.com | Mar 01 2025 02:08:35 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 15988571 | + | EDI: CITICORP | Mar 01 2025 06:07:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15988573 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 01 2025 01:51:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15988911 | | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Mar 01 2025 01:52:00 | Indiana Department of Revenue, Bankruptcy Section, 100 North Senate Avenue, N240, Indianapolis IN 46204 |
| 15988575 | | EDI: IRS.COM | Mar 01 2025 06:07:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15988910 | + | Email/Text: tammy.mcewan@co.jasper.in.us | Mar 01 2025 01:52:00 | Jasper County Treasurer, Courthouse, 115 West Washington Street, Rensselaer IN 47978-2888 |
| 15988577 | + | Email/Text: devans@ibankpeoples.com | Mar 01 2025 01:52:00 | Peoples Bank, 9204 Columbia Ave, Munster, IN 46321-3571 |
| 15988580 | | Email/Text: PDELINQ@sba.gov | Mar 01 2025 01:51:00 | SBA, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |

| District/off: 0755-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 28, 2025 | Form ID: 309I | Total Noticed: 21 |

| Recip ID | | Route | Date/Time | Name and Address |
|---|---|---|---|---|
| 15988579 | + | Email/Text: bankruptcynotices@sba.gov | Mar 01 2025 01:51:00 | SBA, 409 3rd St SW, Washington, DC 20416-0005 |
| 15988583 | + | EDI: SYNC | Mar 01 2025 06:07:00 | Syncb/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15988583 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 02:19:53 | Syncb/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15988584 | + | EDI: SYNC | Mar 01 2025 06:07:00 | Syncb/walmart Dc, Attention: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15988584 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 01 2025 02:31:00 | Syncb/walmart Dc, Attention: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15988912 | * | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 15988581 | * | SBA, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |
| 15988582 | ##+ | Surefire Sales Solutions LLC, 208 S Jackson St., Auburn, IN 46706-2212 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher R. Schmidgall | on behalf of Debtor 1 William Jesse Alcocer bankruptcy@wshlegal.com schmidlaw1@gmail.com;SchmidgallWR70654@notify.bestcase.com |
| Nancy J. Gargula | USTPRegion10.SO.ECF@usdoj.gov |
| Tracy L. Updike | ecf@southbend13.com |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | William Jesse Alcocer<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–8048<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | Northern District of Indiana | Date case filed for chapter:   13   2/27/25 | |
| Case number: | 25–40043–reg | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | William Jesse Alcocer | |
| 2. | **All other names used in the last 8 years** | dba Iron Wil Express | |
| 3. | **Address** | 9875 N. 100 West<br>Wheatfield, IN 46392 | |
| 4. | **Debtor's attorney**<br>Name and address | Christopher R. Schmidgall<br>Six W. 73rd Avenue<br>Merrillville, IN 46410 | Contact phone (219) 736–5297<br>Email: bankruptcy@wshlegal.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Tracy L. Updike<br>Office of the Chapter 13 Trustee<br>PO Box 11550<br>South Bend, IN 46634 | Contact phone 574–254–1313<br>Email: ecf@southbend13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1300 S. Harrison St.<br>Fort Wayne, IN 46802 | Hours open:<br>9:00 a.m. – 4:00 p.m. Monday – Friday<br>Contact phone 574–968–2265<br>Date: 2/28/25 |

**For more information, see page 2**

Debtor **William Jesse Alcocer**   Case number **25–40043–reg**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 9, 2025 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting: Go to, https://zoom.us/join Enter Meeting ID:, 585 777 9300 and Passcode: 7441193650, OR call 574–228–5459**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/9/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/8/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/26/25** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |